Carl Edward WILLIS, Appellant,

v.

Sebastian County Sheriff Frank AT-KINSON; Moulder, Guard, Sebastian County Detention Center; Detention Deputy Jacob Fink, Guard, Sebastian County Detention Center; Restine, Guard, Sebastian County Detention Center; Officer Paul, Night Supervisor, Sebastian County Detention Center; Lt. Jackson, Assistant Jail Administrator Sebastian County Detention Center; Capt. Conger, Jail Administrator; Guard Reilly; Guard Dutton; Crystal Reed; Anita Bass, Appellees.

No. 10–1878.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 3, 2011.

Filed: Feb. 14, 2011.

Carl Edward Willis, Pine Bluff, AR, pro se.

Janan A. Davis, Jeremy Michael McNabb, Jason E. Owens, Rainwater & Holt, Little Rock, AR, for Appellees.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Inmate Carl Edward Willis appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. As to the claims Willis has not abandoned on appeal, see *Griffith v. City of Des Moines*, 387 F.3d 733, 739 (8th Cir.2004), and that warrant our review, see *Meyers v. Starke*, 420 F.3d 738, 743 (8th Cir.2005) (to be reviewable, issue must be presented in brief with some specificity), we have carefully reviewed the record and considered Willis's arguments for reversal. We conclude that the claims at issue on appeal were properly dismissed following the evidentiary hearing. *See Choate v. Lockhart*, 7 F.3d 1370, 1373 & n. 1 (8th

Cir.1993) (standard of review).[2] Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.

2. We note that early in the case Willis's motion for a jury trial was denied as untimely, a ruling Willis does not challenge on appeal.